IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES L. ORRINGTON, II, DDS, P.C., | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | 13 CV 7456 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Honorable Judge Lee |
| | ) | Magistrate Judge Gilbert |
| DENTCA, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff James L. Orrington, DDS, P.C., through its attorneys Edelman, Combs, Latturner & Goodwin, LLC, hereby informs this Court that the parties have reached an individual settlement which will resolve this entire matter. Plaintiff expects to complete the settlement and file a Stipulation to Dismiss within the next 30 days.

Respectfully submitted,

/s/ Dulijaza Clark
Dulijaza (Julie) Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Dulijaza Clark, certify that on hereby certify that on January 14, 2014, a copy of the foregoing document was filed electronically using the Court's CM/ECF system which served a copy of the foregoing upon the following parties:


Katherine Heid Harris
Martin Wojslaw Jaszczuk
Locke Lord LLP
111 South Wacker Drive
Chicago, IL 60606
(312) 443-0700
kharris@lockelord.com
mjaszczuk@lockelord.com


                                            /s/ Dulijaza Clark
                                            Dulijaza (Julie) Clark



Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)