UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

James L. Orrington, II, DDS, P.C.
                                    Plaintiff,

v.                                                          Case No.: 1:13−cv−07456
                                                            Honorable John Z. Lee

Dentca, Inc., et al.
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 7, 2014:

    MINUTE entry before the Honorable John Z. Lee: Pursuant to the stipulation of dismissal filed on 2/7/14 [dkt 28] this case is hereby dismissed with prejudice. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.